IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 5:07cr13DCB-LRA

CHARLES HARRISON

## **ORDER**

This matter having come before this Court pursuant to the *ore tenus* motion of Defendant to withdraw his Motion to Suppress, the Court does hereby find that the Motion to Withdraw the Defendant's Motion to Suppress should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED, that the Defendant's Motion to Suppress is Withdrawn.

SO ORDERED AND ADJUDGED, this the  13th   day of August, 2007.


      s/ David Bramlette      
United States District Judge